

FILED

MAR 19 2019 Am

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAR 19 2019

| UNITED STATES OF AMERICA | Criminal Case No.: |
|---|---|

**19 CR 260**

MAGISTRATE JUDGE
JEFFREY I. CUMMINGS

v.

AGAPITO ALVAREZ-DELOERA,
also known as "Agapita Alvarez"

Violation: Title 8, United States Code,
Sections 1326(a) and (b)(2); and Title 6,
United States Code, Section 202(4)

**JUDGE THARP**
MAGISTRATE JUDGE COX

The SPECIAL JUNE 2018 GRAND JURY charges:

On or about January 8, 2019, at Chicago, in the Northern District of Illinois,

Eastern Division and elsewhere,

AGAPITO ALVAREZ-DELOERA,
also known as "Agapita Alvarez,"

defendant herein, an alien who previously had been deported and removed from the

United States on or about April 19, 2016, was present and found in the United States

without previously having obtained the express consent of the Secretary of the

Department of Homeland Security for reapplication by defendant for admission into

the United States;

In violation of Title 8, United States Code, Section 1326(a), and Title 6, United

States Code, Section 202(4).

A TRUE BILL:

_____

FOREPERSON

_____
UNITED STATES ATTORNEY